UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR00061 DJS (AGF) |
| ) | |
| SEAN TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion for additional time to file pretrial motions and to continue the evidentiary hearing (Doc. #69), filed by Defendant on February 14, 2007. This Court cannot grant Defendant the full relief he requests without a continuance of the trial setting, which Defendant has not properly requested in his current motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for additional time to file pretrial motions and to continue the evidentiary hearing (Doc. #69) is **Granted in part and Denied in part**, as follows:

a. Defendant shall have until **Wednesday, February 21, 2007**, to file any pretrial motions or waiver of motions. The government shall have until **Tuesday, February 27, 2007** to respond.

b. The evidentiary hearing is continued to **Wednesday, February 28, 2007, at 9:00 a.m**.

**IT IS FURTHER ORDERED** that in the event Defendant obtains a continuance of the trial setting, by filing an appropriation motion with the District Judge, the undersigned will consider a request by Defendant to further extend the pretrial deadlines.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of February, 2007.